# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138654

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEPHEN PARDO,
      Plaintiff-Appellant,

v

SC: 138654
COA: 282821
Wayne CC: 05-511031-NO

DETROIT POLICE OFFICER TIMOTHY
EWALD, DETROIT POLICE OFFICER BRIAN
STAIR, DETROIT POLICE SERGEANT
FRANK LEWIS, and DETROIT POLICE
OFFICER MICHAEL SARINO,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

0615